1   JENNER & BLOCK LLP
    David J. Bradford (*pro hac vice* application pending)
2   353 N. Clark St.
    Chicago, Illinois  60654
3   Telephone: (312) 222-9350

4
    Jean M. Doherty (Cal. Bar No. 264308)
5   633 West 5th Street, Suite 3500
    Los Angeles, California 90071
6   Telephone: (213) 239-5100
    COUNSEL FOR DEFENDANTS

7
    SHENKMAN & HUGHES
8   Kevin I. Shenkman (Cal. Bar No. 223315)
    8905 Wight Road
9   Malibu, California 90265
    Telephone: (310) 457-0970
10
    R. REX PARRIS LAW FIRM
11  R. Rex Parris (Cal. Bar No. 96567)
    2220 10th St. West, Suite 109
12  Lancaster, California 93534
    Telephone: (800) 960-9005
13  COUNSEL FOR PLAINTIFFS

14

15

16                  UNITED STATES DISTRICT COURT

17        FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

18  DAVID FESKE and TERI FESKE, individually )   Case No. 11-04124 (PSG)
    and on behalf of Class Members,          )
19                                           )
                                             )
20           Plaintiffs,                     )
                                             )   **STIPULATION AND [PROPOSED] ORDER**
21       v.                                  )   **TO CONTINUE CASE MANAGEMENT**
                                             )   **CONFERENCE**
22  MHC THOUSAND TRAILS LIMITED              )
    PARTNERSHIP, MHC OPERATING               )
23  LIMITED PARTNERSHIP, EQUITY              )
    LIFESTYLE PROPERTIES, INC., a Maryland   )
24  corporation; THOUSAND TRAILS             )
    MANAGEMENT SERVICES, INC., a Nevada      )
25  corporation, and Does 1-100, inclusive,  )
                                             )
26           Defendants.                     )
                                             )
27  _____ )

28

_____

1

## Stipulation to Continue Case Management Conference

2   Pursuant to Local Rules 6-2 and 7-12, Plaintiffs David and Teri Feske and Defendants MHC

3   Thousand Trails Limited Partnership, MHC Operating Limited Partnership, Equity Lifestyle

4   Properties, Inc., and Thousand Trails Management Services, Inc., (together "the Parties"), hereby

5   stipulate that the Case Management Conference currently scheduled for September 13, 2011, be

6   continued to September 27, 2011.  The Parties base their stipulation on the following grounds:

7       1.   Defendants removed this case to this Court on August 27, 2011;

8       2.   The case management statement is currently due on September 6, 2011;

9       3.   Counsel have conferred and believe that additional time would be helpful in preparing a

10   productive case management order;

11      4.   Lead counsel for defendants is generally unavailable between now and September 6, 2011,

12   due to an absence from the office for the wedding of his son;

13      5.   No previous time modifications have been sought in this case, either by stipulation or Court

14   order; and

15      6.   The two-week modification requested will not negatively impact the schedule for the case,

16   given that no Case Management Conference has yet been held, no motions have been filed and the

17   Parties are in the process of meeting-and-conferring in order to prepare their Joint Case Management

18   Statement.

19      In light of the foregoing, the Parties respectfully request that the Court enter the Parties'

20   Stipulation and continue the Case Management Conference until September 27, 2011.

21

22      Respectfully Submitted,

23

24                                      JENNER & BLOCK LLP

25

26   DATE: **8/31/2011**                _Jean M. Doherty_

27                                      Jean M. Doherty
                                        One of the Attorneys for Defendants
28

SHENKMAN & HUGHES

DATE: **8/31/2011**

*Kevin I. Shenkman (by jmo)*

Kevin I. Shenkman
One of the Attorneys for Plaintiffs

The parties are reminded to file their consent or declination to magistrate judge jurisdiction no later than 9/6/2011.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATE: September 1, 2011

*Paul S. Grewal*

The Honorable Paul S. Grewal

---

Stipulation and [Proposed] Order to Continue Case Management Conference

**PROOF OF SERVICE**

I, Diana Valdez, declare I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Jenner & Block LLP, 633 West 5th Street, Suite 3500, Los Angeles, California 90071.

On August 31, 2011, I served the documents described below:

**STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

| | |
|---|---|
| Kevin I. Shenkman | R. Rex Parris |
| Mary R. Hughes | Alexander R. Wheeler |
| Shenkman & Hughes | Kitty K. Szeto |
| 28905 Wight Road | R. Rex Parris Law Firm |
| Malibu, CA 90265 | 42220 10th St West, Suite 109 |
| | Lancaster, CA 93534 |

☑ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited in the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ **BY ELECTRONIC MAIL**: In addition to service by overnight delivery, I transmitted a copy of the foregoing document(s) on this date via electronic mail to the e-mail addresses shown below

☐ **BY OVERNIGHT DELIVERY**: I caused such envelope to be placed for collection and delivery on this date in accordance with standard overnight delivery procedures.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) listed above.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ [Federal]   I declare under penalty of perjury that the foregoing is true and correct

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 31, 2011, at Los Angeles, California.

Diana Valdez

PROOF OF SERVICE