JENNER & BLOCK LLP
David J. Bradford (*Pro Hac Vice*)
Michael T. Brody (*Pro Hac Vice*)
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

Jean M. Doherty (Cal. Bar No. 264308)
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 239-5100
COUNSEL FOR DEFENDANTS

SHENKMAN & HUGHES
Kevin I. Shenkman (Cal. Bar No. 223315)
8905 Wight Road
Malibu, California 90265
Telephone: (310) 457-0970

R. REX PARRIS LAW FIRM
R. Rex Parris (Cal. Bar No. 965567)
Alexander R. Wheeler (Cal. Bar No 239541)
2220 10th Street West, Suite 109
Lancaster, California 93534
Telephone: (800) 960-9005
COUNSEL FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of Class Members,<br><br>Plaintiffs,<br><br>v.<br><br>MHC THOUSAND TRAILS LIMITED PARTNERSHIP; MHC OPERATING LIMITED PARTNERSHIP; EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation;; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation; and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 11-04124 (PSG)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs David and Teri Feske and Defendants MHC Thousand Trails Limited Partnership, MHC Operating Limited Partnership, Equity Lifestyle Properties, Inc., and Thousand Trails Management Services, Inc., (together "the Parties"), hereby stipulate that the Case Management Conference currently scheduled for October 18, 2011, be continued to October 25, 2011. The Parties base their stipulation on the following grounds:

1. The Case Management Conference was originally scheduled for September 13, 2011.

2. The Parties previously requested that that Case Management Conference be continued to September 27 in order to give them adequate time to confer and prepare a case management statement in advance of the Case Management Conference, and this Court granted the Parties' request.

3. This Court then sua sponte continued the Case Management Conference from September 27, 2011 to October 11, 2011, and then again continued the Case Management Conference sua sponte from October 11, 2011 to October 18, 2011 at 2:00 p.m.

4. Lead counsel for Plaintiffs – from both firms representing Plaintiffs – are required to attend a hearing in Los Angeles Superior Court in Case No. BC464796 at 3:30 p.m. on October 18, 2011.

5. The one-week modification requested will not negatively impact the schedule for the case, given that no Case Management Conference has yet been held, and no motions have been filed.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In light of the foregoing, the Parties respectfully request that the Court enter the Parties' Stipulation and continue the Case Management Conference until October 25, 2011.

Dated: October 12, 2011                Respectfully submitted:

**SHENKMAN & HUGHES**
KEVIN I. SHENKMAN


By: /s/ Kevin I. Shenkman
Attorneys for Plaintiffs David and Teri Feske, individually and on behalf of Class Members

Dated: October 12, 2011                Respectfully submitted:

**JENNER & BLOCK LLP**
DAVID J. BRADFORD
MICHAEL T. BRODY
JEAN M. DOHERTY


By: /s/ Jean M. Doherty
Attorneys for Defendants MHC Thousand Trails Limited Partnership; MHC Operating Limited Partnership; Equity Lifestyle Properties, Inc.; and Thousand Trails Management Services, Inc.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATE: October 13, 2011                 _____
                                       The Honorable Paul S. Grewal

# PROOF OF SERVICE

I, Diana Valdez, declare I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Jenner & Block LLP, 633 West 5th Street, Suite 3500, Los Angeles, California 90071.

On October 12, 2011, I served the documents described below:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

| | |
|---|---|
| Kevin I. Shenkman | R. Rex Parris |
| Mary R. Hughes | Alexander R. Wheeler |
| Shenkman & Hughes | Kitty K. Szeto |
| 28905 Wight Road | R. Rex Parris Law Firm |
| Malibu, CA 90265 | 42220 10th St West, Suite 109 |
| | Lancaster, CA 93534 |

☑ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited in the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ **BY ELECTRONIC MAIL:** In addition to service by overnight delivery, I transmitted a copy of the foregoing document(s) on this date via electronic mail to the e-mail addresses shown below

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard overnight delivery procedures.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ [Federal] I declare under penalty of perjury that the foregoing is true and correct

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 12, 2011, at Los Angeles, California.

_/s/ Diana Valdez_
Diana Valdez