JENNER & BLOCK LLP
David J. Bradford (*Pro Hac Vice*)
Michael T. Brody (*Pro Hac Vice*)
353 North Clark Street
Chicago, Illinois  60654
Telephone:  (312) 222-9350
Fax: (312) 840-7711

Jean M. Doherty (Cal. Bar No. 264308)
633 West 5th Street, Suite 3500
Los Angeles, California  90071
Telephone:  (213) 239-5100
Fax: (213) 239-5182
COUNSEL FOR DEFENDANTS

SHENKMAN & HUGHES
Kevin I. Shenkman (Cal. Bar No. 223315)
8905 Wight Road
Malibu, California  90265
Telephone:  (310) 457-0970

R. REX PARRIS LAW FIRM
R. Rex Parris (Cal. Bar No. 965567)
Alexander R. Wheeler (Cal. Bar No 239541)
2220 10th Street West, Suite 109
Lancaster, California  93534
Telephone:  (800) 960-9005
COUNSEL FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of Class Members,<br><br>       Plaintiffs,<br><br>       v.<br><br>MHC THOUSAND TRAILS LIMITED PARTNERSHIP; MHC OPERATING LIMITED PARTNERSHIP; EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation; and Does 1-100, inclusive,<br><br>       Defendants. | CASE NO. 11-04124 (PSG)<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR l.R.3-5:

The parties agree to participate in the following ADR process:

Court  Processes:

☐       Non-binding Arbitration (ADR L.R. 4)

☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☐       Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private  Process:

☒       Private ADR (please identify process and provider) the parties have agreed to pursue private mediation and are currently identifying an appropriate mediator.

The parties agree to hold the ADR session by:

☐       The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )

☒       Other requested deadline: January 31, 2012

Dated:  October 12,  2011                         **SHENKMAN & HUGHES**
                                                  KEVIN I. SHENKMAN
                                                  MARY R. HUGHES

                                                  **R. REX PARRIS LAW FIRM**
                                                  R. REX PARRIS
                                                  ALEXANDER R. WHEELER
                                                  KITTY K. SZETO

                                  By:   _____*/s/ Alexander R. Wheeler*_____
                                                  Attorneys for Plaintiffs David and Teri Feske,
                                                  individually and on behalf of Class Members

1

Dated: October 12, 2011

**JENNER & BLOCK LLP**
DAVID J. BRADFORD
MICHAEL T. BRODY
JEAN M. DOHERTY

2

3

4

5

By:   /s/ David J. Bradford

Attorneys for Defendants MHC Thousand Trails
Limited Partnership; MHC Operating Limited
Partnership; Equity Lifestyle Properties, Inc.; and
Thousand Trails Management Services, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Amended Stipulation and [Proposed] Order Selecting ADR Process

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of Class Members,<br><br>        Plaintiffs,<br><br>    v.<br><br>MHC THOUSAND TRAILS LIMITED PARTNERSHIP; MHC OPERATING LIMITED PARTNERSHIP; EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation; and Does 1-100, inclusive,<br><br>        Defendants. | CASE NO. 11-04124 (PSG)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐     Non-binding Arbitration

☐     Early Neutral Evaluation (ENE)

☐     Mediation

☒     Private ADR


Deadline for ADR session

☐     90 days from the date of this order.

☒     Other: January 31, 2012


IT IS SO ORDERED.


Dated:  October 13, 2011                    _Paul S. Grewal_
                                          MAGISTRATE JUDGE