1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID FESKE, ET AL.,                    ) | Case No.: C 11-04124 PSG |
|                     Plaintiffs,      ) | **ORDER CONTINUING CASE** |
|     v.                                              ) | **MANAGEMENT CONFERENCE** |
| MHC THOUSAND TRAILS LIMITED      ) | |
| PARTNERSHIP, ET AL.,                   ) | |
|                 Defendant.     ) | |
| _____) | |

On November 15, 2011, the parties appeared for a Case Management Conference.  Based
on the parties' Case Management Statements, and the discussions held at the Case Management
Conference,

IT IS HEREBY ORDERED that the Case Management Conference is continued to
December 20, 2011 at 10:00 a.m.

Dated:   November 16, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge