R. Rex Parris, Esq. (SBN 96567)
Alexander R. Wheeler, Esq. (SBN 239541)
Jason P. Fowler, Esq. (SBN 239426)
Kitty Szeto, Esq. (SBN 258136)
Douglas Han, Esq. (SBN 232858)
Scott L. Tillett, Esq. (SBN 275119)
**R. REX PARRIS LAW FIRM**
42220 10th Street West, Suite 109
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Kevin I. Shenkman, Esq. (SBN 223315)
Mary R. Hughes, Esq. (SBN 222662)
**SHENKMAN & HUGHES**
28905 Wight Road
Malibu, California 90265
T: (310) 457-0970

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of Class Members,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MHC THOUSAND TRAILS LIMITED PARTNERSHIP, MHC OPERATING LIMITED PARTNERSHIP, EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants, | Case No.: CV11-04124 PSG<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER CONTINUING THE DECEMBER 20, 2011 HEARING DATE ON DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND CONCURRENT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:　　　December 20, 2011<br>Time:　　　10:00 a.m.<br>Courtroom:　5 |

---

[PROPOSED] ORDER CONTINUING THE DECEMBER 20, 2011 HEARING AND FURTHER CASE MANAGEMENT CONFERENCE
2036809.1

Having reviewed and considered the parties' Stipulation to Continue the December 20, 2011 Hearing Date on Defendants' Motion to Bifurcate Discovery and Concurrent Further Case Management Conference, and good causing appearing, the Court hereby rules and finds as follows:

1. The Further Case Management Conference is hereby continued to January 3, 2012 at 10:00 a.m. before the Honorable Paul S. Grewal in Courtroom 5 of the above-entitled court;

2. The hearing on Defendants' Motion to Bifurcate Discovery is hereby continued to January 3, 2012 at 10:00 a.m. before the Honorable Paul S. Grewal in Courtroom 5 of the above-entitled court;

3. Plaintiffs' deadline to file an opposition to Defendant's Motion to Bifurcate Discovery is November 29, 2011; and

4. Defendants' deadline to file a reply memorandum in support of Defendants' Motion to Bifurcate Discovery is December 14, 2011.

**IT IS SO ORDERED.**

Dated: __12/7/2011__          _Paul S. Grewal_____
                              Honorable Paul S. Grewal
                              Judge, United States District Court

[PROPOSED] ORDER CONTINUING THE DECEMBER 20, 2011 HEARING AND FURTHER CASE MANAGEMENT CONFERENCE
2036809.1