UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID FESKE AND TERI FESKE, | ) | Case No.: C 11-04124 PSG |
| | ) | |
| Plaintiffs, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| | ) | |
| MHC THOUSAND TRAILS LIMITED PARTNERSHIP, ET AL., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 3, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply, without prejudice to further applications by the parties to adjust those limits upon a showing of good cause.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Discovery begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 3, 2012

Case No.: C 11-04124 PSG         1
CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | Plaintiffs' class certification motion | August 13, 2012 |
| 2 | Opposition to class certification | August 27, 2012 |
| 3 | Reply brief on class certification | September 3, 2012 |
| 4 | Class certification hearing | 10:00 a.m. on September 17, 2012 |

Additional deadlines and dates, including a trial date, will be set following the court's ruling on class certification.

Dated: 1/4/2011

                         _____
                         PAUL S. GREWAL
                         United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 11-04124 PSG
CASE MANAGEMENT ORDER

3