JENNER & BLOCK LLP
David J. Bradford (pro hac vice)
Michael T. Brody (*pro hac vice*)
353 N. Clark St.
Chicago, Illinois  60654
Telephone:  (312) 222-9350
Facsimile: (312) 527-0484

Jean M. Doherty (Cal. Bar No. 264308)
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Counsel for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of  Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>MHC THOUSAND TRAILS LIMITED PARTNERSHIP, MHC OPERATING LIMITED PARTNERSHIP, EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.: CV11-04124 PSG<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER CONTINUING THE FEBRUARY 28, 2012 HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY<br><br>Date:          February 28, 2012<br>Time:         10:00 a.m.<br>Courtroom: 5 |

1   Having reviewed and considered the parties' Stipulation to Continue the February 28, 2012
2   Hearing Date on Plaintiffs' Motion to Compel Discovery, and good causing appearing, the Court hereby
3   rules and finds as follows:
4   1.   The hearing on Plaintiffs' Motion to Compel Discovery is hereby continued to March 13,
5   2012 at 10:00 a.m. before the Honorable Paul S. Grewal in Courtroom 5 of the above-entitled court;
6   2.   Defendants' deadline to file an opposition to Plaintiffs' Motion to Compel Discovery is
7   February 21, 2012; and
8   3.   Plaintiffs' deadline to file a reply memorandum in support of Plaintiffs' Motion to
9   Compel Discovery is February 28, 2012.

**IT IS SO ORDERED.**

Dated: 2/7/2012

*Paul S. Grewal* (signature)
Honorable Paul S. Grewal
Judge, United States District Court