1  R. Rex Parris, Esq. (SBN 96567)
   Alexander R. Wheeler, Esq. (SBN 239541)
2  Kitty Szeto, Esq. (SBN 258136)
   **R. REX PARRIS LAW FIRM**
3  43364 10th Street West
   Lancaster, California 93534
4  Telephone: (661) 949-2595
   Facsimile:  (661) 949-7524
5
   Kevin I. Shenkman, Esq. (SBN 223315)
6  Mary R. Hughes, Esq. (SBN 222662)
   **SHENKMAN & HUGHES**
7  28905 Wight Road
   Malibu, California 90265
8  Telephone: (310) 457-0970

9  Attorneys for Plaintiffs

10

11              **UNITED STATES DISTRICT COURT**

12     **FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)**

13

| | |
|---|---|
| DAVID FESKE and TERI FESKE, individually and on behalf of Class Members, | Case No.5:11-cv-04124-PSG |
| | **CLASS ACTION** |
| Plaintiff, | **PLAINTIFFS' STATUS STATEMENT** |
| vs. | Date:       August 6, 2013<br>Time:       10:00 a.m.<br>Courtroom: 5 |
| MHC THOUSAND TRAILS LIMITED PARTNERSHIP, MHC OPERATING LIMITED PARTNERSHIP, EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation; THOUSAND TRAILS MANAGEMENT SERVICES, INC.; a Nevada corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to the Clerk's Notice of Setting Status Conference [Docket # 106], Plaintiffs David Feske and Teri Feske ("Plaintiffs") hereby submit their Status Statement in advance of the Status Conference set for August 6, 2013.

The parties have reached a settlement of this entire case and expect to have a fully executed settlement agreement within the next thirty (30) days.  Accordingly, Plaintiffs request that the Court continue the Status Conference thirty (30) days to **September ~~5~~, 2013**.   3

Dated:  July 30, 2013            Respectfully submitted:

**SHENKMAN & HUGHES**
Kevin I. Shenkman
Mary R. Hughes

**R. REX PARRIS LAW FIRM**
R. Rex Parris
Alexander R. Wheeler
Kitty Szeto

By:  /s/ Kitty Szeto
Attorneys for Plaintiffs

IT IS SO ORDERED.
7.31.13

PAUL S. GREWAL
U.S. MAGISTRATE JUDGE

1

PLAINTIFFS' STATUS STATEMENT